**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **Carol A. Carrigg,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 12 C 7728** |
| | ) | |
| **Zimmer, Inc., et al,** | ) | **Judge Rebecca R. Pallmeyer** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Pursuant to Stipulation, the above cause is dismissed in its entirety, with prejudice, with each party to bear its own costs.

ENTER:

_____

REBECCA R. PALLMEYER
United States District Judge

Dated: February 27, 2015